**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-1932

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

MICHAEL GALE, individually and d/b/a/ CAPITAL MANAGEMENT GROUP

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY (Doc. 8)**

---

**Kane, J.**

    Plaintiff Commodity Futures Trading Commission ("CFTC") has filed a Complaint in this matter against Defendant seeking preliminary and permanent injunctions and other relief, and has moved for an *Ex Parte* Statutory Restraining Order against Defendant pursuant to Section 6c of the Commodity Exchange Act ("Act"), 7 U.S.C. § 13a-1 (2006). The CFTC has also filed a Motion for Expedited Discovery pursuant to FED.R.CIV.P. 26(d), FED.R.CIV.P. 30(a), FED.R.CIV.P. 30(b)(5) and FED.R.CIV.P. 45 and D.C.COLO.LCivR 26.1 and D.C.COLO.LCivR 30.1 ("Motion"). Having reviewed the CFTC's Complaint and Motion,

    **THE COURT FINDS** that, because of the nature of this matter, expedited discovery will permit the CFTC to discover the existence and location of Defendants' funds and assets and to prepare for such hearings as the Court may conduct in this matter.

    **IT IS THEREFORE ORDERED** that the CFTC's Motion for Expedited Discovery is GRANTED. The CFTC is granted leave to conduct expedited discovery, including: (1) the taking of

Defendant's deposition and the depositions of up to four other witnesses; (2) requesting Defendant's production of documents not otherwise required to be produced under any *Ex Parte* Statutory Restraining Order this Court may enter; and (3) the issuance of subpoenas to third parties. This discovery will be for the purpose of obtaining Defendant's financial records, to gain information about Defendant's commodity pool participants who may have been defrauded, to help locate Defendant's assets, and to prepare for a hearing on Plaintiff's Motion for Preliminary Injunction.

**IT IS FURTHER ORDERED** that depositions of the parties shall be taken upon two business days' notice, and document production requests shall be responded to within two business days. Non-parties shall be given seven days' notice for depositions and document requests. During the course of these proceedings, the Court will entertain motions pursuant to FED.R.CIV.P. 26(b)(2) and FED.R.CIV.P. 30(d).

Service of this Order on Defendant shall be made forthwith, meaning simultaneously with service of the Complaint, if possible.

**DATED July 25, 2012.**          s/John L. Kane
                                  **SENIOR U.S. DISTRICT JUDGE**