**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 12-cv-01932-JLK

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

MICHAEL GALE, individually and d/b/a
CAPITAL MANAGEMENT GROUP,

    Defendant.

---

### FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous orders entered in this case, and the Consent Order For Permanent Injunction, Civil Monetary Penalty and Other Equitable Relief Against Defendant Michael Gale, Individually and d/b/a Capital Management Group, entered by the Honorable John L. Kane, United States District Judge, on June 25, 2013, Final Judgment is entered for Plaintiff and against Defendant.

    Dated at Denver, Colorado this 26th day of June, 2013.


APPROVED:

John L. Kane

BY THE COURT:
JEFFREY P. COLWELL, CLERK

***s/John L. Kane***
United States District Court Judge

By: s/Edward P. Butler
Edward P. Butler, Deputy Clerk